9129.   PARRISH v. ADAMS, executor.

LUKE, J.  1. Where there is an acknowledgment of service of a bill of
exceptions as provided by law, the bill of exceptions may be amended
in the reviewing court by adding, as a party defendant in error to the
cause, any person bound by such service, although he may not have
been named in the bill of exceptions.  Park's Ann. Code, § 6164 (b);
Toole v. Geer, 12 Ga. App. 409 (77 S. E. 368).  Accordingly, in the
case under consideration, the plaintiff in error is allowed to amend the
bill of exceptions by inserting, after the words C. B. Adams, the words
"executor of Jas. E. Laidler, deceased," so that the bill of exceptions
may conform to the record in the court below.

2. Under the act of 1913 (Ga. L. 1913, p. 91), the legatee under a will is
liable for the inheritance tax imposed by that act, and the executor
of the will may recover of the legatee such sum as may be by law due
by him, upon the refusal of the legatee to pay the same.  1 Park's Ann.
Code, § 1041 (e, f).

3. A party compelled by operation of law to pay a debt which in equity
and good faith another party should have kept him from paying may
recover from the other party the amount paid.  Ticonic Bank v.
Smiley, 27 Mo. 225 (46 Am. D. 593).

4. The court did not err in overruling the certiorari.

   Judgment affirmed.  Wade, C. J., and Jenkins, J., concur.
                    DECIDED APRIL 10, 1918.

Certiorari; from Bibb superior court—Judge Mathews.  July
27, 1917.

Robert L. Berner, for plaintiff in error.

Hardeman, Jones, Park & Johnston, Harry S. Strozier, contra.